## Anthony Groverman *vs.* Charlotte Spencer.

In future, in all cases of a divided court, no opinions will be filed representing the views of the different judges.

Appeal from the equity side of the Superior Court for Baltimore City.

In this case the appeal was argued before a full court, and the decree of the court below affirmed by a divided court.

Mason, J., delivered the following opinion of this court, in reference to its practice in such cases in future:

In this case the court are divided. Two of the judges are of opinion the decree ought to be affirmed, and the two other judges are of opinion that it ought to be reversed.

Although opinions representing the views of the different judges have been prepared, the whole court think it proper not to file them, for they determine nothing which would gov-

ern any future case, and therefore would in all probability lead to misapprehension hereafter. In future, in all cases of a divided court, a similar practice will be pursued.

*Decree affirmed, by a divided court,*
*with costs in both courts.*